PONTIUS v. WINEBRENNER. (TWO CASES.)

1. **Constitutional Law**: CHAP. 143, LAWS OF 1884. *Littleton v. Fritz, ante*, p. 488, followed.

*Appeal from Marshall District Court.*

FRIDAY, MARCH 20.

PLAINTIFF brought these actions to restrain the defendant from carrying on the business of selling intoxicating liquors in a building and place occupied by him as a saloon, in the city of Marshalltown. The petitions were presented to the

judge of the district court, who, after notice to defendant, and a hearing thereon, granted a temporary injunction restraining defendant from carrying on said business, and from this order defendant appeals.

*Parker & Childs*, for appellant.

*Caswell & Meeker*, for appellee.

REED, J.—The cases are in all respects like that of *Littleton v. Fritz*, *ante*, p. 488, and, following that case, the judgments appealed from are

AFFIRMED.